1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  BENJAMIN TOLKOFF (CABN 288816)
   Assistant United States Attorney

5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102

6      Telephone:  (415) 436-7200
       Fax: (415) 436-7234

7      E-Mail: Benjamin.Tolkoff@usdoj.gov

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT

10
                  NORTHERN DISTRICT OF CALIFORNIA

11
                          OAKLAND  DIVISION

12

13

14 UNITED STATES OF AMERICA,        )   No. CR 12-0500 YGR
                                    )
       Plaintiff,                   )   STIPULATION AND **ORDER** TO
15                                  )   EXCLUDE TIME UNDER THE SPEEDY
       v.                           )   TRIAL ACT
16                                  )
   TYRONNE DAVIS,                   )   Date:   May 16 to May 30, 2013
17                                  )   Time:   2:00 p.m.
       Defendant.                   )
18 _____ )

19         On May 16, 2013, the parties appeared before the Court for a status conference.

20 The parties informed the Court that a resolution of the case had been negotiated and provided the

21 Court with a copy of a proposed plea agreement.  The parties requested that the matter be

22 scheduled for a change of plea on May 30, 2013.  The parties further request that the time

23 between May 16 and May 30, 2013 be excluded from the running of the speedy trial clock

24 pursuant to 18 U.S.C. § 3161(h)(1)(G) which excludes any time "resulting from consideration by

25 the court of a proposed plea agreement to be entered into by the defendant and the attorney for

26 the Government."  *Id*.

27 //

28

STIP. &  ORD. TO EXCLUDE TIME
U.S. v. DAVIS; CR 12-0500 YGR

1 | SO STIPULATED.

3 | DATED: May 16, 2013.                    /s/

_____
BENJAMIN TOLKOFF
Assistant United States Attorney

7 | DATED: May 16, 2013.                    /s/

_____
ERIK BABCOCK
Attorney for TYRONNE DAVIS

11  For the reasons stated, this matter is continued until May 30, 2013 for a change of plea. The time between May 16 and May 30, 2013 shall be excluded from the running of the speedy trial clock pursuant to 18 U.S.C § 3161(h)(1)(G), as the Court is considering a proposed plea agreement.

IT IS SO ORDERED.

DATED: May 17, 2013.

_____
HON. YVONNE GONZALEZ-ROGERS
United States District Court Judge

STIP. & ORD. TO EXCLUDE TIME
U.S. v. DAVIS; CR 12-0500 YGR